UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATIE MCLAUGHLIN,

          Plaintiff,

   v.

JOHN DOE and JANE DOE,
individually and as a marital
community, and AMERICAN FAMILY
INSURANCE COMPANY,

          Defendants.

C17-974 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Parties' Stipulated Motion to Extend Expert Disclosure Deadlines and Issuance of Amended Case Schedule, docket no. 18, is GRANTED in part and DENIED in part. The Court hereby resets the following deadlines:

| JURY TRIAL DATE | January 14, 2019 |
| --- | --- |
| Disclosure of expert testimony | May 11, 2018 |
| Discovery motions filing deadline | July 5, 2018 |
| Discovery completion date | August 13, 2018 |
| Dispositive motions filing deadline | September 13, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Motions in limine filing deadline | December 13, 2018 |
| Agreed pretrial order due | December 28, 2018 |
| Trial briefs, proposed voir dire and proposed jury instructions due | December 28, 2018 |
| Pretrial conference scheduled for | January 4, 2019 at 1:30 p.m. |

   (2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 16th day of March, 2018.


                  William M. McCool   
                  Clerk

                  s/Karen Dews     
                  Deputy Clerk